**Order entered February 11, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01371-CV

**KEITH WAGONER AND DARRON WILSON, Appellants**

**V.**

**DALLAS TEXAS, ET AL, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-31197**

## ORDER

Before the Court is appellant Darron Wilson's January 22, 2015, motion. To the extent his motion asks this Court to provide him with legal counsel, the motion is **DENIED**. Our records show Mr. Wilson included a request for pro bono assistance when he filed his affidavit of indigency on January 23, 2015. This Court forwarded Mr. Wilson's request to the State Bar of Texas Appellate Section Pro Bono Committee for their consideration.

To the extent his motion asks for an extension of time to file his brief, the motion is **GRANTED**. We **ORDER** Appellant Wilson's brief be filed no later than **THIRTY DAYS** from the date of this Order.

/s/     CRAIG STODDART
            JUSTICE